**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| WILBERT HOLMES, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO. 24-00400-B |
| | * |
| FRANK BISIGNANO, | * |
| Commissioner of Social | * |
| Security, | * |
| | * |
|     Defendant. | * |

<u>**JUDGMENT**</u>

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claims for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED.**

**DONE** this **31st** day of **March, 2026.**

                               **/s/ SONJA F. BIVINS**
                         **UNITED STATES MAGISTRATE JUDGE**